UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Cristhian B.V.,            Case No. 26-cv-745 (MJD/DTS)

    Petitioner,

v.                                      **ORDER ADOPTING REPORT AND RECOMMENDATION**

Pamela Bondi, et al.,

    Respondents.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated February 2, 2026. No objections have been filed to that Report and Recommendation in the time period permitted.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Schultz.

Accordingly, **IT IS HEREBY ORDERED**:

1.     The Court adopts the Report and Recommendation of United States Magistrate Judge David T. Schultz dated February 2, 2026 **[Dkt. No. 7]**;

2. Cristhian B.V.'s Petition for Writ of Habeas Corpus **[Dkt. No. 1]** is **GRANTED**;

3. The Government is ordered to issue an administrative warrant and provide Cristhian B.V. with a bond hearing pursuant to 8 U.S.C. § 1226 within seven days;

4. The Government is ordered to release Cristhian B.V. if it fails to issue an administrative warrant and provide Cristhian B.V. with a bond hearing;

5. The Government is enjoined from denying Cristhian B.V. a bond hearing on the basis that § 8 U.S.C. § 1225(b)(2) applies to him; and

6. The Government is ordered to report to the Court within two days[1] the results of the bond hearing and/or whether Cristhian B.V. has been released.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 5, 2026                              s/Michael J. Davis
                                                      Michael J. Davis
                                                      United States District Court

---

[1] The Court has shortened the reporting period from the 7 days provided for in the R&R.