# UNITED STATES DISTRICT COURT
## District of Minnesota

Cristhian Ronaldo Bunay Vasquez,

Petitioner,

v.

Pamela Bondi, Daren K. Margolin, Executive Office for Immigration Review, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration & Customs Enforcement,

Respondent.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-745 (MJD/DTS)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court adopts the Report and Recommendation of United States Magistrate Judge David T. Schultz dated February 2, 2026 **[Dkt. No. 7]**;

2. Cristhian B.V.'s Petition for Writ of Habeas Corpus **[Dkt. No. 1]** is **GRANTED**;

3. The Government is ordered to issue an administrative warrant and provide Cristhian B.V. with a bond hearing pursuant to 8 U.S.C. § 1226 within seven days;

4. The Government is ordered to release Cristhian B.V. if it fails to issue an administrative warrant and provide Cristhian B.V. with a bond hearing;

5. The Government is enjoined from denying Cristhian B.V. a bond hearing on the basis that § 8 U.S.C. § 1225(b)(2) applies to him; and

6. The Government is ordered to report to the Court within two days the results of the bond hearing and/or whether Cristhian B.V. has been released.

Date: 2/5/2026

KATE M. FOGARTY, CLERK