# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Cristhian B.V.,

        Petitioner,

v.

Pamela Bondi, et al.,

        Respondents.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**

Civil File No. 26-745 (MJD/DTS)

Clara Ester Fleitas-Langford, David L. Wilson, Wilson Law Group, Counsel for Petitioner.

David W. Fuller, Assistant United States Attorney, Counsel for Respondents.

On February 5, 2026, the Court granted Petitioner's Emergency Petition for Writ of Habeas Corpus and ordered Respondents to, among other things, provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226 and to report to the Court the results of the bond hearing. [Doc. 8 at 2.] On February 15, 2026, Respondents informed the Court that at a February 11, 2026 bond hearing, an immigration judge ordered a $3500.00 bond. [Doc. 10.] On February 23, Respondents supplemented their response and stated that Petitioner posted bond on February 17, 2026 and was released from custody. [Doc. 11.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Cristhian B.V.'s Emergency Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 23, 2026                s/Michael J. Davis
                                         Michael J. Davis
                                         United States District Court